| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Clement, Fredrick E. | 2. Court or Organization<br><br>Bankruptcy Court California Eastern District | 3. Date of Report<br><br>2/27/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>2500 Tulare Street<br>Fresno, CA 93721 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 (See Part VIII) |
| 2. | Member (Non-Voting) Board of Directors | Federal Bar Association (San Joaquin Valley Chapter) |
| 3. | Member Board of Directors | Central California Bankruptcy Association |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2/1/2012 | Thomas Hjerpe -- Sale of Law Practice. Filer to receive 60% of collected accounts receivable due on date of sale. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clement, Fredrick E. | 2/27/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Accounts Receivable from Sale of Practice | $9,464.29 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Sacramento Valley Bankruptcy Forum | February 1-2, 2013, November 14, 2013 | Sacramento, California | Annual Conference and Judges Appreciation Dinner | Hotel |
| 2. | National Association of Consumer Bankruptcy Attorneys | April 26-28, 2013 | San Diego, California | Annual Conference | Hotel and Travel |
| 3. | National Conference of Bankruptcy Judges | October 30-November 2, 2013 | Atlanta, GeorgiaSan Diego, California | Annual Conference | Hotel |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clement, Fredrick E. | 2/27/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Sacramento Valley Bankruptcy Forum | Conference registration and meals while speaking at conference & MCLE events | $721.00 |
| 2. | National Association of Consumer Bankruptcy Attorneys | Conference registration | $595.00 |
| 3. | Central California Bankruptcy Association | Conference registration and meals with speaking at continuing education events | $690.00 |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clement, Fredrick E. | 2/27/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #1 | E | Dividend | O | T | | | | | |
| 2. -American Funds- Income Fund of America A | | | | | | | | | |
| 3. -American Funds- Investment Company of America | | | | | | | | | |
| 4. -Franklin Funds- Franklin Income Fund | | | | | | | | | |
| 5. -Invesco VK Comstoc | | | | | | | | | |
| 6. -Invesco VK Equity and Income | | | | | | | | | |
| 7. -Invesco VK Growth and Income | | | | | | | | | |
| 8. -Morgan Stanley Money Market Fund | | | | | | | | | |
| 9. -Real Property (Tri-Plex) - King City, Monterey County, CA | | | | | | | | | |
| 10. -Wells Fargo Bank Account | | | | | | | | | |
| 11. Trust #2 | D | Dividend | M | T | | | | | |
| 12. -American Funds- Capital World Growth and Income | | | | | | | | | |
| 13. -American Funds- Growth Fund of America A | | | | | | | | | |
| 14. -American Funds- Income Fund of America A | | | | | | | | | |
| 15. -American Funds- Investment Company of America A | | | | | | | | | |
| 16. -Franklin Funds Income Fund | | | | | | | | | |
| 17. -Invesco VK Comstoc A | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Clement, Fredrick E. | 2/27/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Invesco Equity Income A | | | | | | | | | |
| 19. -Invesco Growth and Income A | | | | | | | | | |
| 20. -New York Life Retirement Annuity | | | | | | | | | |
| 21. -Oil Painting | | | | | | | | | |
| 22. -Wells Fargo Account #1 | | | | | | | | | |
| 23. -Wells Fargo Account #2 | | | | | | | | | |
| 24. -Gold Coins (13 oz) | | | | | | | | | |
| 25. IRA | C | Dividend | L | T | | | | | |
| 26. -American Funds- Growth Fund of America | | | | | | | | | |
| 27. -American Funds- Income Fund of America | | | | | | | | | |
| 28. -First Eagle Global Fund | | | | | | | | | |
| 29. -Invesco VK Comstoc | | | | | | | | | |
| 30. -Pimco Real Return | | | | | | | | | |
| 31. -Morgan Stanley Money Market | | | | | | | | | |
| 32. New York Life: Whole Life Policy | A | Dividend | J | T | | | | | |
| 33. 1/12 Real Prop. Int. (Vacant Land) Grays Harbor County, WA | | None | J | W | | | | | |
| 34. Tri Counties Bank Account #1 | A | Interest | J | T | | | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clement, Fredrick E. | 2/27/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Tri Counties Bank Account #2 | A | Interest | J | T | | | | | |
| 36. Redding Bank of Commerce Account #1 | A | Interest | | | Closed | 02/28/13 | J | | |
| 37. Accounts Receivable collected after sale of Law Practice | D | Dividend | J | W | | | | | |
| 38. Lawyers Mutual Insurance Company Policy | A | Dividend | J | W | | | | | |
| 39. | | | | | | | | | |
| 40. | | | | | | | | | |
| 41. | | | | | | | | | |
| 42. | | | | | | | | | |
| 43. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clement, Fredrick E. | 2/27/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I. Positions

Line 1: Filer will be the Successor Trustee for Trust #2 in the future.  Filer is the beneficiary of Trusts #1 and 2, and the assets of those trusts are listed in Part VII.

VII.  Investments and Trusts

Line 1 (Trust #1):  Value of Mutual Funds from Broker and real estate is Trustee's estimate.

Line 11 (Trust #2):  Mutual Fund values are from Broker and all else is Trustee's estimate.

Report June 4, 2013, Line 27: Amount report was accounts receivable from law practice collected after the beginning of the reporting period but prior to sale of the law practice.  Entry removed because law practice was sold prior to                  taking office

Current Report, Line 38:  Filer deems this to have no value.  Filer has an Errors & Omissions policy with Lawyers Mutual Insurance Company, and, by definition, a residual ownership interest.  Based on conversations with Office of
          the General Counsel at Laywers Mutual, filer believes this to have no value.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Fredrick E. Clement**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544